**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Ray Holmes,<br><br>　　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　Respondents. | Case No.: 2:21-cv-02249-APG-DJA<br><br>**Order Transferring Action to Unofficial Northern Division**<br><br>[ECF No. 1] |

　　　This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has paid the filing fee.[1] He is in custody at the Warm Springs Correctional Center. Petitioner filed this action in the unofficial southern division of the court, but he is proceeding pro se and he is incarcerated in the unofficial northern division of the court. Under Local Rule LR IA 1-8(a), a pro se inmate must proceed in the unofficial division of the court in which the inmate is held when the matter is commenced.

　　　IT THEREFORE IS ORDERED that the above-entitled action is hereby transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division and the present action under the present docket number shall be closed, without prejudice to petitioner regarding any federal limitation period and filing fee.

　　　DATED: February 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 4.